1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,        )     Case No: 1:20-cr-00238-JLT-SKO
                                        )
12              Plaintiff,              )     **ORDER APPOINTING CJA LEARNED
                                        )     COUNSEL AND WAIVING *PRO HAC
13        vs.                           )     VICE* FEE FOR COUNSEL NOT
                                        )     ADMITTED TO CALIFORNIA LEGAL
14    FRANCIS CLEMENT (12),             )     PRACTICE - POTENTIAL DEATH
                                        )     PENALTY PROSECUTIONS**
15              Defendant.              )
                                        )
16

17           Francis Clement has qualified for court-appointed counsel. Good cause appearing, and

18    considering Local Rule 180(b)(2), General Order 582 *CJA Plan* § XIV.C.1(g) and/or C.2, and

19    the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel, the Court **ORDERS**:

20           1.   James Castle, 1544 Race Street, Denver, Colorado 80206. 303.800.3273,

21    jcastlelaw@gmail.com is appointed as CJA Learned Counsel to represent Francis Clement,

22    pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, *nunc pro tunc* to the Initial Appearance date

23    September 13, 2022;

24    ///

25    ///

26    ///

27    ///

28    ///

*U.S. v. Francis Clement*                    -1-            Order Appointing CJA Learned Counsel
                                                            and Waiving *Pro Hac Vice* Fees

2.  This District's $225 *pro hac vice* admission fee for their CJA appointments is waived in this case alone, providing counsel qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582. **Within 10 days**, Mr. Castle **SHALL** file the application to appear pro hac vice but is not required to pay the admission fee. Even still, he is appointed to this case and may practice in this Court pending approval of his pro hac vice application.

IT IS SO ORDERED.

Dated:    **September 21, 2022**



UNITED STATES DISTRICT JUDGE