UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FRANCIS CLEMENT (12),<br><br>   Defendant. | Case № 1:20-cr-00238-JLT-SKO<br><br>**ORDER APPOINTING CJA LEAD COUNSEL AND WAIVING *PRO HAC VICE* FEE FOR COUNSEL NOT ADMITTED TO CALIFORNIA LEGAL PRACTICE - POTENTIAL DEATH PENALTY PROSECUTIONS** |

Francis Clement qualifies for court-appointed counsel. Good cause appearing, and considering Local Rule 180(b)(2), General Order 582 CJA Plan § XIV.C.1(g) and/or C.2, and the Guide to Judiciary Policy, Vol. 7A concerning CJA appointed counsel, the Court ORDERS:

1. Jane Fisher-Byrialsen, Fisher & Byrialsen, PLLC, 4600 S. Syracuse Street, Denver, Colorado 80237, 303.256.6345, jane@fblaw.org, as CJA Lead Counsel to represent Francis Clement, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, nunc pro tunc to his Initial Appearance date September 13, 2022.

///

///

///

///

2. This District's $225 pro hac vice admission fee for their CJA appointments in this case alone is waived, provided counsel qualifies otherwise for pro hac vice admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

IT IS SO ORDERED.

Dated: **October 19, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE