UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:20-cr-00238-JLT-SKO |
|---|---|---|
| Plaintiff, | ) ) | **ORDER APPOINTING CJA LEARNED COUNSEL AND WAIVING *PRO HAC VICE* FEE FOR COUNSEL NOT ADMITTED TO CALIFORNIA LEGAL PRACTICE - POTENTIAL DEATH PENALTY PROSECUTIONS** |
| vs. | ) ) | |
| FRANCIS CLEMENT (12), | ) ) | |
| Defendant. | ) ) | |

Francis Clement qualifies for court-appointed counsel. Good cause appearing, and considering Local Rule 180(b)(2), General Order 582 *CJA Plan* § XIV.C.1(g) and/or C.2, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel, the Court **ORDERS**:

1. James Castle, 1544 Race Street, Denver, Colorado 80206. 303.800.3273, jcastlelaw@gmail.com in appointed as CJA Learned Counsel to represent Francis Clement, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, *nunc pro tunc* to his Initial Appearance date September 13, 2022.

///

///

///

///

2. This District's $225 *pro hac vice* admission fee for their CJA appointments in this case alone is waived, provided counsel qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

IT IS SO ORDERED.

Dated:   **October 19, 2022**

*signature*
UNITED STATES DISTRICT JUDGE