

United States District Court
Eastern District of California

| United States |
| Plaintiff(s) |

Case Number: 20CR238

V.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

| Francis Clement |
| Defendant(s) |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jane Byrialsen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Francis Clement

On _____ (date), I was admitted to practice and presently in good standing in the
District of Colorado (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/07/2022

Signature of Applicant: /s/ Jane Byrialsen

**Pro Hac Vice Attorney**

Applicant's Name: Jane Byrialsen

Law Firm Name: Fisher & Byrialsen PLLC

Address: 4600 S. Syracuse Street 9th Floor

City: Denver          State: CO     Zip: 80237

Phone Number w/Area Code: (303)256-6345

City and State of Residence: Castle Rock, CO

Primary E-mail Address: jane@fblaw.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jeremy M. Dobbins

Law Firm Name: Law Office of Jeremy M. Dobbins

Address: 1225 E. Divisadero Street

City: Fresno          State: CA     Zip: 93721

Phone Number w/Area Code: (559)306-6580     Bar # 320648

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/20/2022          *Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT