IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCIS CLEMENT (12),<br><br>    Defendant. | Case No.: 1:20-cr-00238-JLT-SKO<br><br>**ORDER APPOINTING CJA LEARNED COUNSEL –**<br><br>**POTENTIAL DEATH PENALTY PROSECUTION** |

Upon Defendant Francis Clement's Initial Appearance September 13, 2022 qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 663 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel, the Court **ORDERS**:

    1. Appointing Jean deSalles Barrett, 29 Broadway, Suite 1412, New York City, NY 10006, 212-608-7949, jeanbarrett@ruhnkeandbarrett.com, as CJA Learned Counsel to represent Defendant FRANCIS CLEMENT, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, as of her *Motion to Appoint* Ms. Barrett as learned counsel, May 15, 2023;

///

///

///

///

///

2. Waiving this District's $225 *pro hac vice* admission fee for their CJA appointment in this case alone, providing counsel qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's *CJA Plan*, General Order 663.

IT IS SO ORDERED.

Dated:   **May 18, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE