UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>            Plaintiff,                     )<br>                                                        )<br>    vs.                                         )<br>                                                        )<br>FRANCIS CLEMENT (12),           )<br>                                                        )<br>            Defendant.                 )<br>_____) | Case No.: 1:20-cr-00238-JLT-SKO<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL JAMES CASTLE NUNC PRO TUNC**<br><br>**(Doc. 644)** |

Attorney James Castle seeks to withdraw from representation in this case. (Doc. 644) He that Mr. Clement has "asked him withdraw" from his representation. Mr. castle reports that the relationship with Mr. Clement has deteriorated to the point that Mr. Castle cannot provide effective representation of the defendant. Consequently, Mr. Castle's motion to withdraw is **GRANTED** nunc pro tunc to May 19, 2023.

IT IS SO ORDERED.

Dated:   **May 22, 2023**

_____
UNITED STATES DISTRICT JUDGE