PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER |
| v. | |
| FRANCIS CLEMENT, ET AL., | |
| Defendants. | |

**STIPULATION**

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for defendant Francis Clement hereby stipulate and agree to a briefing schedule on a motion to modify a protective order filed by defendant Francis Clement. Dkt. 811.

1. On October 5, 2023, defendant Clement filed a motion in the above matter. Dkt. 811.

2. Counsel agree and stipulate that the following motion schedule shall apply:

   a) Opposition to motion shall be filed no later than November 3, 2023.

   b) Counsel for defendants may file a reply no later than November 10, 2023.

IT IS SO STIPULATED.

Dated: October 12, 2023                            PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ STEPHANIE M. STOKMAN
                                                    STEPHANIE M. STOKMAN
                                                    Assistant United States Attorney

STIPULATION TO MOTION SCHEDULE; [PROPOSED]     1
FINDINGS AND ORDER

Dated:  October 12, 2023

/s/ JEAN BARRETT
/s/ JANE FISHER-BYRIALSEN
JEAN BARRETT
JANE FISHER-BYRIALSEN
Counsel for Defendant
FRANCIS CLEMENT

## FINDINGS AND ORDER

The Court accepts the stipulation of the parties regarding the motion filed by defendant Francis Clement. Docket No. 811. Accordingly, the Court FINDS:

Government's Opposition brief is due: November 3, 2023.

Defendant's Reply brief, if counsel chooses to file a Reply brief is due: November 10, 2023.

The motion is re-set before Magistrate Judge Sheila K Oberto on November 15, 2023 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **October 13, 2023**

UNITED STATES DISTRICT JUDGE