PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS CLEMENT, ET AL.,<br><br>Defendants. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>STIPULATION AND ORDER TO MOTION SCHEDULE; |

**STIPULATION**

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for defendant Francis Clement hereby stipulate and agree to a briefing schedule on a motion to modify a protective order filed by defendant Francis Clement. Dkt. 811.

1. On October 5, 2023, defendant Clement filed a motion in the above matter. Dkt. 811.

2. Counsel agree and stipulate that the following amended motion schedule shall apply:

    a) Opposition to motion shall be filed no later than November 7, 2023.

    b) Counsel for defendants may file a reply no later than November 10, 2023.

IT IS SO STIPULATED.

Stipulation and order to Motion Schedule;         1

| | |
|---|---|
| Dated:  November 3, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| | |
| Dated:  November 3, 2023 | /s/ JEAN BARRETT<br>/s/ JANE FISHER-BYRIALSEN<br>JEAN BARRETT<br>JANE FISHER-BYRIALSEN<br>Counsel for Defendant<br>FRANCIS CLEMENT |

**ORDER**

The hearing in this case is set for November 15, 2023. Pursuant to the parties' stipulation, the Government's opposition was due on November 3, 2023.  The parties fail to provide any reason for their current request for extension of time—which was filed on the date the opposition was due.

Based on the foregoing, the Stipulation is GRANTED in part and DENIED in part. The Government's opposition shall be due on November 6, 2023.

IT IS SO ORDERED.

Dated:   **November 6, 2023**              /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE