UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCIS CLEMENT (12),<br><br>Defendant. | Case No: 1:20-cr-00238-JLT-SKO<br><br>**ORDER APPOINTING DAVID STERN TO REPRESENT DEFENDANT FRANCIS CLEMENT** |

Francis Clement has qualified for court-appointed counsel. Good cause appearing, and considering Local Rule 180(b)(2), General Order 582 *CJA Plan* § XIV.C.1(g) and/or C.2, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel, and the representations made in Mr. Clement's ex parte application (Doc. 835), the Court **ORDERS**:

1. David Stern, 100 Lafayette Street, Suite 501, New York, NY, 212-571-5500 is appointed to represent Francis Clement, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599.

2. This District's $225 *pro hac vice* admission fee for their CJA appointments is waived in this case alone, providing counsel qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

**Within 10 days**, Mr. Stern **SHALL** file the application to appear pro hac vice but is not required to pay the admission fee. Even still, he is appointed to this case and may practice in this Court pending approval of his pro hac vice application.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

UNITED STATES DISTRICT JUDGE