

# United States District Court
## Eastern District of California

| | |
|---|---|
| **United States** | Case Number: 20 Cr. 238 (JLT) (SKO) |
| Plaintiff(s) | |
| V. | |
| **Francis Clement** | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **David Stern** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Francis Clement**

On **12/05/1983** (date), I was admitted to practice and presently in good standing in the **Supreme Court of the State of NY - 1st Dept.** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **11/20/2023**          Signature of Applicant: /s/ **David Stern**

---

U.S. District Court – Pro Hac Vice Application                                                                 Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: David Stern
Law Firm Name: Rothman, Schneider, Soloway & Stern, LLP
Address: 100 Lafayette Street, Suite 501

City: New York    State: NY    Zip: 10013
Phone Number w/Area Code: (212) 571-5500
City and State of Residence: New York, New York
Primary E-mail Address: dstern@rssslaw.com
Secondary E-mail Address: scabral@rssslaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:
Law Firm Name:
Address:

City:    State:    Zip:
Phone Number w/Area Code:    Bar #

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 21, 2023

_Jennifer L. Thurston_
JUDGE, U.S. DISTRICT COURT