**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                     Plaintiff,

           v.

KENNETH BASH, ET AL.,

                    Defendants.

# SEALED

CR NO: 1:20-cr-00238-JLT-SKO

**UNDER SEAL**



**FILED**

**Sep 08, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

---

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum                ☐ Ad Testificandum

Name of Detainee: Francis Clement

Detained at: KernValley State Prison, located at 3000 W. Cecil Avenue

Delano, California in Kern County

Detainee is:    a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint

                       charging detainee with:   Title 18 U.S.C. § 1962(d)

   or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   ☐ return to the custody of detaining facility upon termination of proceedings

   or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence

                    is currently being served at the detaining facility

*Appearance is necessary on September 12, 2022 in the Eastern District of California.*

Signature:

Printed Name & Phone No:    Stephanie M. Stokman

Attorney of Record for:    United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BASH_00038432

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum          ☐ Ad Testicandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on September 12, 2022* by *12:00 p.m* to Federal agents in Fresno, CA, pursuant to the arrest warrant signed in this matter, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  **Sep 8, 2022** _____          _____
                                                         Honorable Stanley A. Boone
                                                         U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if          Frank
Booking or CDC #:   ▮▮▮▮▮▮          ☒Male   ☐Female
Facility Address:   3000 W. Cecil Avenue, Delano, CA          DOB:
Facility Phone:     _____          Race:
Currently           _____          FBI#:

---

**RETURN OF SERVICE**

Executed on:    _____          _____
                                                    (signature)