JANE FISHER-BYRIALSEN
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street
Denver, CO 80137
(202)256-5664
jane@fblaw.org

JEAN D. BARRETT
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
(973)744-1000
jeanbarrett@ruhnkeandbarrett.com

DAVID STERN
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette St #501
New York, NY 10013
(212) 571-5500
dstern@rssslaw.com

Attorneys for:    FRANCIS CLEMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 20-CR-238-JLT-SKO |
|---|---|
| Plaintiff, | |
| vs. | ORDER SEALING UNREDACTED COPY OF MOTION TO RETURN TO STATE CUSTODY |
| (12) FRANCIS CLEMENT, | |
| Defendant | |

Pursuant to Local Rule 141(b) and based on the representation contained in Defendant Francis Clement's Request to Seal and with the consent of counsel for the government,

ORDER SEALING UNREDACTEDCOPY OF MOTION TO RETURN TOSTATE CUSTODY - 1

IT IS HEREBY ORDERED that the unredacted copy of the Motion for Return to State Custody submitted by counsel for Mr. Clement shall be SEALED until further order of this Court.

        IT IS SO ORDERED.

Dated: **March 4, 2024**       /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE