JANE FISHER-BYRIALSEN
Fisher & Byrialsen, PC
4600 S. Syracuse Street
Denver, CO 80137
jane@fblaw.org

JEAN D. BARRETT
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
jeanbarrett@ruhnkeandbarrett.com

Attorney for:
FRANCIS CLEMENT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **FRANCIS CLEMENT,** <br><br> Defendant. | **STIPULATION TO SHORTEN TIME FOR NOTICING OF HEARING ON MOTION FOR AN ORDER PROHIBITING INTRODUCTION OF INFORMATION DERIVED FROM CELLPHONES AND MATERIAL BECAUSE THE GOVERNMENT VIOLATED RULE 16.2(A)(1)(E)** <br> [Doc. 1362] <br> **[~~PROPOSED~~ ORDER]** |

Defendant Francis Clement, though his counsel Jane Fisher-Byrialsen and Jean Barrett, and the government, through its counsel Stephanie M. Stokman and James Connolly, stipulate and agree to shorten the notice requirements of L.R. 430.1(e) by one day and to set a hearing on Mr. Clement's Motion for an Order Prohibiting Introduction of Information Derived from Cellphones and Material Because the Government Violated Rule 16.2(A)(1)(E) (Doc. 1362) for December 4, 2024, at 10:00 a.m. before the Honorable Jennifer L. Thurston in Courtroom 4.

Counsel further stipulate to the following briefing schedule: The government's opposition to Mr. Clement's motion to preclude from evidence information derived from recently-disclosed cellphone data and other material is due no later than November 18, 2024. The defense's reply to the government's opposition is due no later than November 22, 2024.

Respectfully submitted,

s/*Jane Fisher-Byrialsen*
JANE-FISHER-BYRIALSEN
JEAN D. BARRETT

*Attorneys for Francis Clement*

*Stephanie M. Stokman*
STEPHANIE M. STOKMAN

*James Connolly*
JAMES CONNOLLY

*Attorneys for the United States*

**IT IS SO ORDERED.**

Dated: November 6, 2024

_____
The Honorable Jennifer L. Thurston
United States District Court Judge