JANE FISHER-BYRIALSEN
Fisher & Byrialsen, PC
4600 S. Syracuse Street
Denver, CO 80137
jane@fblaw.org

JEAN D. BARRETT
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
jeanbarrett@ruhnkeandbarrett.com

Attorney for: FRANCIS CLEMENT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS CLEMENT,<br><br>Defendant. | MOTION FOR NOTICE OF ORDER OF PRESENTATION OF GOVERNMENT'S TRIAL WITNESSES AND FOR A GOOD-FAITH EXHIBIT LIST IN ORDER OF PRESENTATION AT TRIAL<br><br>Date: Dec. 4, 2024<br>Time: 10:00 a.m.<br>Place: Honorable Jennifer Thurston<br>Courtroom 4 |

Defendant Francis Clement, though his counsel Jane Fisher-Byrialsen and Jean Barrett, hereby Defendant Francis Clement, by counsel, Jane Fisher-Byrialsen and Jean Barrett, hereby moves the Court to require the Government to provide a good faith list of the order of witnesses at trial and a good faith exhibit list in the order of anticipated presentation at trial.

In a case like this one, such notice is a sound trial management tool. Absent such notice, the trial would likely be subject to frequent interruptions.

Without notice there would be a risk the defense team may be unable to provide effective assistance of trial counsel. It would cause a loss of efficiency, and significant jury delay, inconvenience and irritation. The defense team has specific fact investigators assigned to certain witnesses and counts. Without the requested notice, every single defense fact investigator will have to be available in Fresno for the duration of the trial.

Respectfully submitted,

s/*Jane Fisher-Byrialsen*
JANE FISHER-BYRIALSEN
JEAN D. BARRETT
*Attorneys for Francis Clement*

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2024, I served a true and correct copy of the foregoing via ECF to:

All counsel of record

Abby Clement
Paralegal