JANE FISHER-BYRIALSEN
Fisher & Byrialsen, PC
4600 S. Syracuse Street
Denver, CO 80137
jane@fblaw.org

JEAN D. BARRETT
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
jeanbarrett@ruhnkeandbarrett.com

Attorneys for:
FRANCIS CLEMENT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **FRANCIS CLEMENT,** <br><br> Defendant. | Criminal case No. 20-CR-238-JLT-SKO <br><br> **ORDER DENYING REQUEST TO SEAL UNREDACTED COPIES OF EXHIBITS B AND C TO DEFENDANT CLEMENT'S NOTICE OF ATTEMPT TO CONFER** |

Mr. Clement seeks to file certain exhibits under seal. He provides no explanation as to why they should be sealed except that "The Government's Exhibit List (Exhibit C) has not been filed publicly" and "Counsel are uncertain whether the Government would approve the public filing of this document as an exhibit to the Notice." Seems like counsel could simply have inquired of the government as to its position. Even still, the government's preference for sealing is not determinative. *See Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462, 1465 (9th Cir. 1990). Thus, the request to seal is **DENIED**.

IT IS SO ORDERED.

Dated:   **January 6, 2025**

UNITED STATES DISTRICT JUDGE