PHILLIP A. TALBERT
United States Attorney
STEPHANIE STOKMAN
JAMES R. CONOLLY
Assistant United States Attorneys
JARED ENGELKING
Trial Attorney, U.S. Department of Justice
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH JOHNSON, ET AL,<br><br>Defendants. | CASE NO.  1:20-CR-00238-JLT<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>DATE: January 14, 2025<br>TIME: 8:00 a.m.<br>COURT: Honorable Jennifer L. Thurston |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibit it may introduce in its case-in-chief:

All Bates numbers are BASH_000 unless otherwise indicated.

Lomita crime scene photo 12610
Lomita crime scene photo 12611
Lomita crime scene photo 12612
Lomita crime scene photo 12613
Lomita crime scene photo 12615
Lomita crime scene photo 12618
Lomita crime scene photo 12619
Lomita crime scene photo 12628
Lomita crime scene photo 12629
Lomita crime scene photo 12631
Lomita crime scene photo 12632
Lomita crime scene photo 12633
Lomita crime scene photo 12635
Lomita crime scene photo 12636
Lomita crime scene photo 12638

| | |
|---|---|
| 1 | Lomita crime scene photo 12641 |
| | Lomita crime scene photo 12643 |
| 2 | Lomita crime scene photo 12644 |
| | Lomita crime scene photo 12646 |
| 3 | Lomita crime scene photo 12647 |
| | Lomita crime scene photo 12648 |
| 4 | Lomita crime scene photo 12649 |
| | Lomita crime scene photo 12653 |
| 5 | Lomita crime scene photo 12654 |
| | Lomita crime scene photo 12655 |
| 6 | Lomita crime scene photo 12658 |
| | Lomita crime scene photo 12659 |
| 7 | Lomita crime scene photo 12660 |
| | Lomita crime scene photo 12672 |
| 8 | Lomita crime scene photo 12674 |
| | Lomita crime scene photo 12675 |
| 9 | Lomita crime scene photo 12676 |
| | Lomita crime scene photo 12684 |
| 10 | Lomita crime scene photo 12691 |
| | Lomita crime scene photo 12692 |
| 11 | Lomita crime scene photo 12693 |
| | Lomita crime scene photo 12694 |
| 12 | Lomita crime scene photo 12695 |
| | Lomita crime scene photo 12696 |
| 13 | Lomita crime scene photo 12697 |
| | Lomita crime scene photo 12698 |
| 14 | Lomita crime scene photo 12700 |
| | Lomita crime scene photo 12702 |
| 15 | Lomita crime scene photo 12703 |
| | Lomita crime scene photo 12704 |
| 16 | Lomita crime scene photo 12705 |
| | Lomita crime scene photo 12706 |
| 17 | Lomita crime scene photo 13012 |
| | Lomita crime scene photo 13013 |
| 18 | Lomita crime scene photo 13014 |
| | Lomita crime scene photo 13021 |
| 19 | Lomita crime scene photo 13022 |
| | Lomita crime scene photo 13024 |
| 20 | Lomita crime scene photo 13025 |
| | Lomita crime scene photo 13026 |
| 21 | Lomita crime scene photo 13027 |
| | Lomita crime scene photo 13028 |
| 22 | Lomita crime scene photo 13031 |
| | Lomita crime scene photo 13032 |
| 23 | Lomita crime scene photo 13033 |
| | Lomita crime scene photo 13034 |
| 24 | Lomita crime scene photo 13037 |
| | Lomita autopsy photos 12796 |
| 25 | Lomita autopsy photos 12799 |
| | Lomita autopsy photos 12802 |
| 26 | Lomita autopsy photos 12803 |
| | Lomita autopsy photos 12805 |
| 27 | Lomita autopsy photos 12807 |
| | Lomita autopsy photos 12812 |
| 28 | Lomita autopsy photos 12816 |

1  Lomita autopsy photos 12817
   Lomita autopsy photos 12927
2  Lomita autopsy photos 12931
   Lomita autopsy photos 12932
3  Lomita autopsy photos 12934
   Lomita autopsy photos12935
4  Lomita autopsy photos 12945
   Lomita autopsy photos 12946
5  ██████████ coroner report 12883-12897
   ██████████████ coroner report 12903-12917
6  Facebook Justin Gray 64959 (narrowed below)
   Facebook Justin Gray 65114- 65118
7  Facebook Justin Gray 66463
   Facebook Justin Gray 68556-68557
8  Facebook Justin Gray 65080
   Facebook Justin Gray 65098
9  Danielle Ponce de Leon Lomita chart
   Danielle Ponce de Leon Pomona chart
10 Lomita phone data 22173-22233
   Lomita phone data 21870-22171
11 FCJ photo Brandon Bannick 51024-51025
   FCJ photo Justin Gray 51054-51057
12 FCJ photo Francis Clement 51033-51037
   FCJ photo ████████ ██████████
13 FCJ photo John Stinson 51050-51053
   FCJ photo Andrew Collins 51019-51023
14 FCJ photo Kenneth Johnson 51058-51064
   FCJ photo Jayson Weaver 51046-51049
15 FCJ photo Waylon Pitchford 51092-51097
   FCJ photo Evan Perkins 51026-51032
16 FCJ photo 51075
   FCJ photo 51077-51080
17 Clement Kern County abstract of judgment 51098-51100
   Johnson Kern County abstract of judgment 51149-51151
18 Kern County Custodian of Records Certification 51192
   Pomona crime scene photo 47507
19 Pomona crime scene photo 47509
   Pomona crime scene photo 47510
20 Pomona crime scene photo 47511
   Pomona crime scene photo 47513
21 Pomona crime scene photo 47514
   Pomona crime scene photo 47518
22 Pomona crime scene photo 47519
   Pomona crime scene photo 47520
23 Pomona crime scene photo 47522
   Pomona crime scene photo 46523
24 Pomona crime scene photo 47524
   Pomona crime scene photo 47525
25 Pomona crime scene photo 47528
   Pomona crime scene photo 47530
26 Pomona crime scene photo 47531
   Pomona crime scene photo 47532
27 Pomona crime scene photo 47551
   Pomona crime scene photo 47565
28 Pomona crime scene photo 47593

1   Pomona crime scene photo 47603
    Pomona crime scene photo 47606
2   Pomona crime scene photo 47607
    Pomona crime scene photo 47614
3   Pomona crime scene photo 47615
    Pomona crime scene photo 47616
4   Pomona crime scene photo 47618
    Pomona crime scene photo 47622
5   Pomona crime scene photo 47624
    Pomona crime scene photo 47625
6   Pomona crime scene photo 47627
    Pomona crime scene photo 47628
7   Pomona crime scene photo 47630
    Pomona crime scene photo 47639
8   Pomona crime scene photo 47648
    Pomona crime scene photo 47650
9   Pomona crime scene photo 47652
    Pomona crime scene photo 47667
10  Pomona crime scene photo 47669
    Pomona crime scene photo 47676
11  Pomona crime scene photo 47677
    Pomona crime scene photo 47678
12  Pomona crime scene photo 47681
    Pomona crime scene photo 47695
13  Pomona crime scene photo 47696
    Pomona crime scene photo 47697
14  Pomona crime scene photo 47700
    Pomona crime scene photo 47701
15  Pomona crime scene photo 47702
    Pomona crime scene photo 47704
16  Pomona crime scene photo 47708
    Pomona crime scene photo 47706
17  Pomona crime scene photo 47709
    Pomona crime scene photo 47711
18  Pomona crime scene photo 47713
    Pomona crime scene photo 47714
19  Pomona crime scene photo 47716
    Pomona crime scene photo 47718
20  Pomona crime scene photo 47721
    Pomona crime scene photo 47722
21  Pomona crime scene photo 47725
    Pomona crime scene photo 47727
22  Pomona crime scene photo 47731
    Pomona crime scene photo 47732
23  Pomona crime scene photo 47733
    Pomona crime scene photo 47734
24  Pomona crime scene photo 47736
    Pomona crime scene photo 47740
25  Pomona crime scene photo 47742
    Pomona crime scene photo 47745
26  Pomona crime scene photo 47746
    Pomona crime scene photo 47748
27  Pomona crime scene photo 47750
    Pomona crime scene photo 47751
28  Call detail records 23804-28061

1  Evan Perkins Dodge charger photos 20985-20990
Evan Perkins Dodge charger photos 20976
2  Evan Perkins Dodge charger photos 20974
Evan Perkins Dodge charger photos 20978
3  Evan Perkins Dodge charger photos 20979
Evan Perkins Dodge charger photos 20984
4        Autopsy report 21749-21779
        Autopsy report 21780-21849
5  Pomona Autopsy photo 51276
Pomona Autopsy photo 51283
6  Pomona Autopsy photo 51285
Pomona Autopsy photo 51288
7  Pomona Autopsy photo 51291
Pomona Autopsy photo 51292
8  Pomona Autopsy photo 51294
Pomona Autopsy photo 51303
9  Pomona Autopsy photo 51304
Pomona Autopsy photo 64523
10  Pomona Autopsy photo 64528
Pomona Autopsy photo 64531
11  Pomona Autopsy photo 64534
Pomona Autopsy photo 64535
12  Pomona Autopsy photo 64536
Pomona Autopsy photo 64541
13  Pomona Autopsy photo 64542
Pomona Autopsy photo 64544
14  Pomona Autopsy photo 64545
Pomona Autopsy photo 64546
15  Pomona Autopsy photo 64548
Pomona Autopsy photo 64550
16  Pomona Autopsy photo 64575
Pomona Autopsy photo 64586
17  Pomona Autopsy photo 64589
Pomona Autopsy photo 64592
18  Pomona Flock photo 51219
Pomona Flock photo 51220
19  Pomona Flock photo 17479
Pomona Geofence 17485-17491
20  Pomona Geofence 20018-20038
Pomona Geofence 46557-46631
21  Pomona Toll Records 17627-17648
Pomona Google 20039-20099
22  Pomona camera video 21064
Pomona camera video 48684
23  Pomona camera video 48630 (at 40 seconds)
Pomona camera video 48631 (at 32 second)
24  Pomona camera video 48632 (at 41 seconds)
Pomona camera video 48633 (at 1:04)
25  Pomona camera video 48634 (at 7 seconds)
Pomona camera video 48635 (at 5 seconds)
26  Pomona camera video 48636 (at 9 seconds)
Pomona camera video 48637 (at 25 seconds)
27  Pomona camera video 49034 (at 2:40-5:24)
Pomona camera video 49377 (at 8:23 and 13:58)
28  Bannick Facebook 17801 (narrowed below)

```
 1  | Bannick Facebook 18415
    | Bannick Facebook 18393-18394
 2  | Bannick Facebook 18334-18335
    | Bannick Facebook 18405-18407
 3  | Perkins Facebook 19440 (narrowed below)
    | Perkins Facebook 19800
 4  | Perkins Facebook 19511
    | Pomona 911 Call 17626
 5  | Pomona 911 Call 42662
    | Pomona 911 Call 42663
 6  |      phone PM_BASH_7904
    |      Signal 50493-50565
 7  |      Signal 50566-50593
    |      Signal 50281
 8  |      Signal 50609-50613
    |      Signal 50473-50476
 9  |      Facebook 23849 (narrowed below)
    |      Facebook 25360-25362
10  |      Facebook 27336-27338
    |      Facebook 26708
11  | Hollywood photos 23711
    | Lancaster crime scene photo 22665
12  | Lancaster crime scene photo 22667
    | Lancaster crime scene photo 22682
13  | Lancaster crime scene photo 22684
    | Lancaster crime scene photo 22689
14  | Lancaster crime scene photo 22699
    | Lancaster crime scene photo 22703
15  | Lancaster crime scene photo 22712
    | Lancaster crime scene photo 22727
16  | Lancaster crime scene photo 22731
    | Lancaster crime scene photo 22746
17  | Lancaster crime scene photo 22752
    | Lancaster crime scene photo 22753
18  | Lancaster crime scene photo 22765
    | Lancaster crime scene photo 22833
19  | Lancaster crime scene photo 23037
    | Lancaster crime scene photo 23179
20  | Lancaster crime scene photo 23182
    | Lancaster crime scene photo 23185
21  | Lancaster crime scene photo 23188
    | Lancaster crime scene photo 23194
22  | Lancaster crime scene photo 23198
    | Lancaster crime scene photo 23200
23  | Lancaster crime scene photo 23201
    | Lancaster crime scene photo 23222
24  | Lancaster crime scene photo 23224
    | Lancaster crime scene photo 23225
25  | Lancaster crime scene photo 23228
    | Lancaster crime scene photo 23250
26  | Lancaster crime scene photo 23253
    | Lancaster crime scene photo 23292
27  | Lancaster crime scene photo 23323
    | Lancaster crime scene photo 23433
28  | Lancaster crime scene photo 23434
```

1 | Lancaster crime scene photo 23574
Lancaster crime scene photo 23588
2 | Lancaster crime scene photo 23594
Lancaster crime scene photo 23598
3 | Lancaster crime scene photo 23690
Lancaster crime scene photo 23691
4 | Lancaster crime scene photo 23702
Lancaster crime scene photo 23719
5 | Lancaster crime scene photo 23722
Lancaster crime scene photo 23726
6 | Lancaster crime scene photo 23728
Lancaster crime scene photo 23732
7 | Lancaster autopsy photo 22375
Lancaster autopsy photo 22381
8 | Lancaster autopsy photo 22383
Lancaster autopsy photo 22390
9 | Lancaster autopsy photo 22391
Lancaster autopsy photo 22401
10 | Lancaster autopsy photo 22408
Lancaster autopsy photo 22416
11 | Lancaster autopsy photo 22425
Lancaster autopsy photo 22426
12 | Lancaster autopsy photo 22431
Lancaster autopsy photo 22441
13 | Lancaster autopsy photo 22443
Lancaster autopsy photo 22454
14 | Lancaster autopsy photo 22455
Lancaster autopsy photo 22457
15 | Lancaster autopsy photo 22458
Lancaster autopsy photo 22466
16 | Lancaster autopsy photo 22467
Lancaster autopsy photo 22476
17 | Uhaul receipt photo 47549
ATF property number 263
18 | ATF property number 270
ATF property number 271
19 | ██████████ Autopsy report 22355-22374
Lancaster home surveillance video 51223 (Video Timestamp: 36:55 and Video Timestamp: 52:38)
20 | Lancaster home surveillance video 51228 (Video Timestamp: 35:55 and Video Timestamp: 52:53)
Pitchford phone 41701 (narrowed below)
21 | Pitchford phone 41883
Pitchford phone 41911
22 | Pitchford phone 41814
Pitchford phone 42178
23 | Pitchford phone 41802
Laboratory results 49380-49382
24 | ATF property number 106
ATF property number 107
25 | ATF property number 108
ATF property number 109
26 | ATF property number 287
ATF property number 289
27 | San Fernando PD car stop photos 41585
San Fernando PD car stop photos 41586
28 | San Fernando PD car stop photos 41588

San Fernando PD car stop photos 41589
San Fernando PD car stop photos 41590
San Fernando PD car stop photos 41591
San Fernando PD car stop photos 41592
San Fernando PD car stop photos 41593
San Fernando PD car stop photos 41594
San Fernando PD car stop photos 41595
San Fernando PD car stop photos 41596
San Fernando PD car stop photos 41597
San Fernando PD car stop photos 41598
San Fernando PD car stop photos 41599
San Fernando PD car stop photos 41600
San Fernando PD car stop photos 41601
San Fernando PD car stop photos 41602
San Fernando PD car stop photos 41603
San Fernando PD car stop photos 41604
San Fernando PD car stop photos 41605
San Fernando PD car stop photos 41606
San Fernando PD car stop photos 41607
San Fernando PD car stop photos 41608
San Fernando PD car stop photos 41609
San Fernando PD car stop photos 41610
San Fernando PD car stop photos 41611
San Fernando PD car stop photos 41612
San Fernando PD car stop photos 41613
San Fernando PD car stop photos 41614
San Fernando PD car stop photos 41615
San Fernando PD car stop photos 41616
San Fernando PD car stop photos 41617
San Fernando PD car stop photos 41618
Kites from FCJ PM_BASH_4187
homicide photo 51530
homicide photo 51535
homicide photo 51540
homicide photo 51548
homicide photo 51549
homicide photo 51559
homicide photo 51562
homicide photo 51563
homicide photo 51564
homicide photo 51565
homicide photo 51583
homicide photo 51584
homicide photo 51591
homicide photo 51596
homicide photo 51613
homicide photo 51677
homicide photo 51681
homicide photo 51696
homicide photo 51697
homicide photo 51714
homicide photo 51720
homicide photo 51722
homicide photo 51726
homicide photo 51728

| | |
|---|---|
| 1 | homicide photo 51733 |
| | homicide photo 51759 |
| 2 | autopsy report 51786, 51788-90, 51795, 51797-831 |
| | Clement call PM_BASH_170 |
| 3 | Clement call PM_BASH_171 |
| | Clement call PM_BASH_172 |
| 4 | Clement call PM_BASH_173 |
| | Clement call PM_BASH_174 |
| 5 | Clement call PM_BASH_175 |
| | Clement call PM_BASH_176 |
| 6 | Clement call PM_BASH_177 |
| | Clement call PM_BASH_178 |
| 7 | Clement call PM_BASH_179 |
| | Clement call PM_BASH_180 |
| 8 | Clement call PM_BASH_181 |
| | Clement call PM_BASH_182 |
| 9 | Clement call PM_BASH_183 |
| | Clement call PM_BASH_184 |
| 10 | Clement call PM_BASH_185 |
| | Clement call PM_BASH_186 |
| 11 | Clement call PM_BASH_187 |
| | Clement call PM_BASH_188 |
| 12 | Clement call PM_BASH_189 |
| | Clement drug texts PM_BASH 7-9 |
| 13 | Fresno wiretap call number 246 |
| | Fresno wiretap call number 1403 |
| 14 | Fresno wiretap call number 2628 |
| | Fresno wiretap call number 2665 |
| 15 | Fresno wiretap call number 3986 |
| | Fresno wiretap call number 10550 |
| 16 | Fresno wiretap call number 11626 |
| | Fresno wiretap call number 12193 |
| 17 | Fresno wiretap call number 12998 |
| | Fresno wiretap call number 13197 |
| 18 | Fresno wiretap call number 13249 |
| | Fresno wiretap call number 13321 |
| 19 | Fresno wiretap call number 13474 |
| | Fresno wiretap call number 14304 |
| 20 | Fresno wiretap call number 14321 |
| | Fresno wiretap call number 14676 |
| 21 | Fresno wiretap call number 14728 |
| | Fresno wiretap call number 15052 |
| 22 | Fresno wiretap call number 15145 |
| | Fresno wiretap call number 15201 |
| 23 | Fresno wiretap call number 15318 |
| | Fresno wiretap call number 24362 |
| 24 | Fresno wiretap call number 24646 |
| | Fresno wiretap call number 26638 |
| 25 | Evan Perkins apartment photos 17497 |
| | Evan Perkins apartment photos 17498 |
| 26 | Evan Perkins apartment photos 17500 |
| | Evan Perkins apartment photos 17502 |
| 27 | Evan Perkins apartment photos 17503 |
| | Evan Perkins apartment photos 17508 |
| 28 | Evan Perkins apartment photos 17512 |

| | |
|---|---|
| 1 | Evan Perkins apartment photos 17514 |
| | Evan Perkins apartment photos 17518 |
| 2 | Evan Perkins apartment photos 17519 |
| | Evan Perkins apartment photos 17521 |
| 3 | Evan Perkins apartment photos 17522 |
| | Evan Perkins apartment photos 17526 |
| 4 | Evan Perkins apartment photos 17527 |
| | Evan Perkins apartment photos 17532 |
| 5 | Evan Perkins apartment photos 17543 |
| | Evan Perkins apartment photos 17537 |
| 6 | Evan Perkins apartment photos 17538 |
| | Evan Perkins apartment photos 17540 |
| 7 | Evan Perkins apartment photos 17541 |
| | Evan Perkins apartment photos 17543 |
| 8 | Evan Perkins apartment photos 17544 |
| | Evan Perkins apartment photos 17545 |
| 9 | Evan Perkins apartment photos 17546 |
| | Evan Perkins apartment photos 17547 |
| 10 | Evan Perkins apartment photos 17548 |
| | Evan Perkins apartment photos 17552 |
| 11 | Evan Perkins apartment photos 17553 |
| | Evan Perkins apartment photos 17555 |
| 12 | Evan Perkins apartment photos 17558 |
| | Evan Perkins apartment photos 17560 |
| 13 | Evan Perkins apartment photos 17561 |
| | Evan Perkins apartment photos 17562 |
| 14 | Evan Perkins apartment photos 17566 |
| | Evan Perkins apartment photos 17569 |
| 15 | Evan Perkins apartment photos 17593 |
| | Evan Perkins apartment photos 17594 |
| 16 | Evan Perkins apartment photos 17597 |
| | Evan Perkins apartment photos 17607 |
| 17 | Evan Perkins apartment photos 17608 |
| | Evan Perkins apartment photos 17609 |
| 18 | Evan Perkins apartment photos 17610 |
| | Evan Perkins apartment photos 17612 |
| 19 | Evan Perkins apartment photos 17615 |
| | Evan Perkins apartment photos 17617 |
| 20 | Evan Perkins apartment photos 17618 |
| | Evan Perkins apartment photos 17620 |
| 21 | Evan Perkins apartment photos 17621 |
| | Evan Perkins apartment photos 17622 |
| 22 | Evan Perkins apartment photos 17623 |
| | Evan Perkins apartment photos 17625 |
| 23 | Death Certificate PM_BASH_8637 |
| | Autopsy Report 64611-64658 |
| 24 | Pomona call detail records 17108-17119 |
| | ATF Property number 281 |
| 25 | ATF Property number 122 |
| | Facebook PM_BASH 1117(narrowed below) |
| 26 | Facebook PM_BASH 1117 at pages 362-365 |
| | Facebook PM_BASH 1117 at pages 1042-1045 |
| 27 | Holmeyer abstract of judgment 64917-64919 |
| | Holmeyer Information 64927-64958 |
| 28 | Holmeyer plea documents 64920-64926 |

EDD paperwork BASH_PM_8852-8857
EDD paperwork BASH_PM_8875
EDD paperwork BASH_PM_8879-8882
EDD paperwork BASH_PM_8913
EDD paperwork BASH_PM_8917-8920

Dated:  December 26, 2024                    PHILLIP A. TALBERT
                                             United States Attorney

                                    By:  /s/ STEPHANIE M. STOKMAN
                                         STEPHANIE M. STOKMAN
                                         JAMES R. CONOLLY
                                         Assistant United States Attorneys
                                         JARED ENGELKING
                                         Trial Attorney, U.S. Department of Justice